UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-68479-PMB |
| | ) | |
| JAMES EDWARD CARTER, IV | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor, JAMES EDWARD CARTER, IV, and asks this Court to extend the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 11 Bankruptcy Case against all Creditors and show the Court the following:

1.

On November 2, 2018 Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 11 of the United States Code.

2.

Debtor has filed a previous Chapter 13 bankruptcy case, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 18-53179 was filed on February 26, 2018, and dismissed on August 3, 2018 (the "First Case").

3.

Debtor's First Case was dismissed prior to confirmation for failure fund the Chapter 13 Plan and because Debtor was over the unsecured debt limit of 11 USC § 109.  Since the dismissal of Debtor's First Case, Debtor's monthly income has stabilized, as he is no longer self-employed, as reflected in the schedules filed in the instant case.  His income had dipped during the First Case, but Debtor is now able to properly a Chapter 11 Plan of reorganization.

4.

Debtor filed the instant case to prevent a foreclosure on his residence and to address his tax liabilities and to address his other debts as well.  Extending the automatic stay will help Debtor prevent a foreclosure on his home and pay off his mortgage arrears as well as his tax and other debts.

5.

Debtor has filed the instant case in good faith.  Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay.  Debtor asks the Court to allow her the opportunity to be successful in this current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be extended against all creditors.

Dated this 6th day of November, 2018

                                      Respectfully Submitted,
                                      ___/s/_____
                                      Howard P. Slomka
                                      Georgia Bar #652875
                                      Attorney for the Debtor
                                      Slipakoff & Slomka, PC
                                      Overlook III
                                      2859 Paces Ferry Rd, SE
                                      Suite 1700
                                      Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-68479-PMB |
| | ) | |
| JAMES EDWARD CARTER, IV | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor JAMES EDWARD CARTER, IV filed his

MOTION TO EXTEND AUTOMATIC STAY

and related papers with the Court seeking an Order on November 6, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Approval of Post-Closing Real Estate Brokers Commission in <u>Courtroom 1202</u>, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **<u>2:00 P.M. on November 27, 2018.</u>**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1202, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 6, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-68479-PMB |
| | ) | |
| JAMES EDWARD CARTER, IV | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the following pleadings by ECF and by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

**MOTION TO EXTEND STAY and NOTICE OF HEARING**

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: November 6, 2018

____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE,Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Amex                                      (p)BANK OF AMERICA
113E-1                                   Po Box 297871                             PO BOX 982238
Case 18-68479-pmb                        Fort Lauderdale, FL 33329-7871            EL PASO TX 79998-2238
Northern District of Georgia
Atlanta
Tue Nov  6 09:53:06 EST 2018

Capital One                              James Edward Carter IV                   Chase Mtg
PO Box 71083                             2000 Norland Circle Court                 Po Box 24696
Charlotte, NC 28272-1083                 Alpharetta, GA 30022-7129                 Columbus, OH 43224-0696


Country Club of the South HOA            D Williams Auto Sales                     First Data
4100 Old Alabama Road                    6070 Buford Hwy                           265 Broad Hollow R
Alpharetta, GA 30022-8615                Norcross, GA 30071-2407                   Melville, NY 11747-4833


Franklin Collection Service              (p)GEORGIA DEPARTMENT OF REVENUE          Internal Revenue Service
PO Box 2300                              COMPLIANCE DIVISION                       P. O. Box 7346
Tupelo, MS 38803-2300                    ARCS BANKRUPTCY                           Philadelphia, PA 19101-7346
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202

James Davis DDS                          Jody Charles Campbell Esq                 King, Yanklin & Wilkins, LLP
6410 Old Shadburn Ferry Road             Blum & Campbell                           192 Anderson Street Suite 125
Buford, GA 30518-1136                    3000 Langford Rd Bldg 100                 Marietta, GA 30060-1930
                                         Peachtree Corners, GA 30071-4770


Secretary of the Treasury                Shapiro Pendergast & Hasty                Howard P. Slomka
15th & Pennsylvania Avenue, NW           211 Perimeter Center Pkwy, NE             Slipakoff & Slomka, PC
Washington, DC 20200                     Suite 300                                 Overlook III - Suite 1700
                                         Atlanta, GA 30346-1305                    2859 Paces Ferry Rd, SE
                                                                                   Atlanta, GA 30339-6213

R. Jeneane Treace                        U. S. Securities and Exchange Commission  United States Attorney
Office of the United States Trustee      Office of Reorganization                  Northern District of Georgia
362 Richard Russell Bldg.                Suite 900                                 75 Ted Turner Drive SW, Suite 600
75 Ted Turner Drive, SW                  950 East Paces Ferry Road, NE             Atlanta GA 30303-3309
Atlanta, GA 30303-3315                   Atlanta, GA 30326-1382


United States Trustee                    Wells Fargo Home Mortgage
362 Richard Russell Federal Building     PO Box 660455
75 Ted Turner Drive, SW                  Dallas, TX 75266-0455
Atlanta, GA 30303-3315
```