**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia

Atlanta Division

1340 United States Courthouse

75 Ted Turner Drive SW

Atlanta, GA 30303

www.ganb.uscourts.gov

In
Re:    **James Edward Carter IV**

Case No.: **18−68479−pmb**

Chapter: **11**

Judge: **Paul Baisier**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 11/2/18 , contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 11/09/18**

None Apply

**To be filed by 11/09/18**

None Apply

**To be Filed by 11/16/18**

Certificate of Credit Counseling

Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.

**To be filed by 12/02/18**

None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 11/5/18

M. Regina Thomas

Clerk of Court

Form 430b December 2017

By: Jackie L. Cunningham

Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 18-68479-pmb
James Edward Carter, IV                                             Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: jlc              Page 1 of 1          Date Rcvd: Nov 05, 2018
                             Form ID: 430b           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
db              +James Edward Carter, IV,    2000 Norland Circle Court,    Alpharetta, GA 30022-7129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
         Howard P. Slomka    on behalf of Debtor James Edward Carter, IV se@myatllaw.com,
         myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
         878@notify.bestcase.com
                                                                                      TOTAL: 1