UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

IN RE:

JAMES EDWARD CARTER, IV  :  CHAPTER 11
:
Debtor.  :  CASE NO.: 18-68479-pmb
:

**WITHDRAWAL OF DOCUMENT**

Comes now, Howard P. Slomka, counsel for the above Debtor, and files this Withdrawal of the previously filed Application for Order Granting Conditional Approval of Disclosure Statement (Doc. 38).

This 28th day of March, 2019.

_____/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
hs@atl.law (e-mail)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

IN RE:

JAMES EDWARD CARTER, IV            :       CHAPTER 11
                                   :
        Debtor.                    :       CASE NO.: 18-68479-pmb
                                   :

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and Withdrawal of Document, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED LIST FOR CREDITORS

This 28th day of March, 2019.

_____/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
hs@atl.law (e-mail)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-68479-pmb<br>Northern District of Georgia<br>Atlanta<br>Fri Mar 15 11:21:02 EDT 2019 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ 07921-2693 | Adjustable Rate Mortgage Trust 2005-5 et al<br>U.S. Bank National Assn as Trustee<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Jody Charles Campbell<br>Blum & Campbell, LLC<br>Building 100<br>3000 Langford Road<br>Peachtree Corners, GA 30071-4770 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| James Edward Carter IV<br>2006 Norland Circle Court<br>Alpharetta, GA 30022-7129 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Country Club of the South HOA<br>4100 Old Alabama Road<br>Alpharetta, GA 30022-0615 |
| D Williams Auto Sales<br>6070 Buford Hwy<br>Norcross, GA 30071-2407 | James G Davis<br>6410 Old Shadburn Ferry Road<br>Buford, GA 30518-1136 | First Data<br>265 Broad Hollow R<br>Melville, NY 11747-4833 |
| Franklin Collection Service<br>PO Box 2300<br>Tupelo, MS 38803-2300 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| James Davis DDS<br>6410 Old Shadburn Ferry Road<br>Buford, GA 30518-1136 | James G. Davis<br>Jody Charles Campbell<br>3000 Langford Road, Bldg. 100<br>Peachtree Corners GA 30071-4770 | Jody Charles Campbell Esq<br>Blum & Campbell<br>3000 Langford Rd Bldg 100<br>Peachtree Corners, GA 30071-4770 |
| King, Yaeklin & Wilkins, LLP<br>192 Anderson Street Suite 125<br>Marietta, GA 30060-1930 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Shapiro Pendergast & Hasty<br>211 Perimeter Center Pkwy, NE<br>Suite 300<br>Atlanta, GA 30346-1305 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | R. Jeneane Treace<br>Office of the United States Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |

Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266-0455

Matthew M. Wilkins
King, Yaklin & Wilkins, LLP
Suite 125
192 Anderson Street
Marietta, GA 30060-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
Po Box 982238
El Paso, TX 79998

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
1800 CENTURY BLVD. NE, SUITE 9100
ATLANTA, GEORGIA 30345-3205

(d)Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32