# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JAMES EDWARD CARTER, IV, | ) | CASE NO. 18-68479-PMB |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

## UNITED STATES TRUSTEE'S OBJECTIONS
## TO DISCLOSURE STATEMENT

COMES NOW Daniel M. McDermott, United States Trustee for Region 21, and submits his objections to the disclosure statement filed by James Edward Carter, IV (the "Disclosure Statement"). (Dkt No. 36)

1. The disclosure statement should include financial information demonstrating ability to fund the plan, including actual and projected income and expenses.

2. The provisions for payment of unsecured creditors require clarification.

3. The debtor should clarify the provision for payment "in full" of unsecured claims less than $1,000.

WHEREFORE the United States Trustee objects to the Disclosure Statement.

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE, REGION 21

*/s/ Jeneane Treace*
R. Jeneane Treace

Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
*jeneane.treace@usdoj.gov*

### NEF service pursuant to General Order 25-2018

I certify that on April 6, 2019, I will electronically file this pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Jody Charles Campbell    jody@blumcampbell.com
- Howard P. Slomka    se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com

*/s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
*jeneane.treace@usdoj.gov*