## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | } | CASE NUMBER: | 18-68479-pmb |
| | } | | |
| JAMES EDWARD CARTER, IV | } | | |
| | } | JUDGE | |
| | } | | |
| DEBTOR. | } | CHAPTER 11 | |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM ___3/1/2019___ TO ___3/31/2019___

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: ___4/20/2019___

/s/ Howard P. Slomka
Attorney for Debtor

Debtor's Address
and Phone Number:
2000 Norland Circle Court
Alpharetta, GA 30022
Tel. (770) 826-4233

Attorney's Address
and Phone Number:
Slipakoff & Slomka, PC
2059 Paces Ferry Rd SE Suite 1700
Atlanta, GA 30339
Bar No.         652875
Tel.             404-800-4017

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.justice.gov/ust/r20/index.htm
1)         Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)         Initial Filing Requirements
3)         Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| |
|---|
| **Case Name: James Edward Carter, IV** |
| **Case Number: 18-68479-pmb** |

Note:  The information requested below is a summary of the information reported the various Schedules and Attachments  contained within this report.

| | Month 3/1/19 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month Acct 1821 (Household)** | $28,523.33 | |
| **CASH- Beginning of Month Acct 4019 (Household )** | $2,833.65 | |
| | | |
| **Total Household Receipts Acct 1821** | $31,116.36 | |
| **Total Household Receipts Acct 4019** | $8,743.58 | |
| **Total Receipts** | $39,859.94 | |
| | | |
| **Total Household Disbursements Acct 1821** | $31,754.87 | |
| **Total Household Disbursements Acct 4019** | $9,191.68 | |
| **Total Disbursements** | $40,946.55 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | ($1,086.61) | |
| | | |
| **CASH- End of Month Acct 1821 (Individual)** | $27,884.82 | |
| **CASH- End of Month Acct 4019 (Individual)** | $2,385.55 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS (From Above)** | $40,946.55 | |
| **Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw)** | | |
| | | |
| **DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION** | | |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief**

This 20 day of March, 2019                                         /s/ James Edward Carter, IV

                                                                                      Debtor's Signature

**SCHEDULE OF HOUSEHOLD**
**CASH RECEIPTS AND CASH DISBURSEMENTS**
.

|  | Month March | Month March | Cumulative Total |
|---|---|---|---|
| **CASH** - Beginning of Month | $28,523.33 | $2,833.65 | $31,356.98 |
|  |  |  |  |
| **CASH RECEIPTS** |  |  |  |
| Salary or Cash from Business | $31,116.36 | $8,743.58 |  |
| Wages from Other Sources (attach list to this report) |  |  |  |
| Interest or Dividend Income |  |  |  |
| Alimony or Child Support |  |  |  |
| Social Security/Pension/Retirement |  |  |  |
| Sale of Household Assets (attach list to this report) |  |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |  |
| Other (specify) Return Credits |  |  |  |
|  |  |  |  |
| **TOTAL RECEIPTS** | $31,116.36 | $8,743.58 | $39,859.94 |
|  |  |  |  |
| **CASH DISBURSEMENTS** |  |  |  |
| Alimony or Child Support Payments |  |  |  |
| Charitable Contributions |  |  |  |
| Gifts |  |  |  |
| Household Expenses/Food/Clothing/Cleaning/Pharmacy/Veternarian | $2,670.81 | $1,744.77 |  |
| Household Repairs & Maintenance | $2,908.64 | $1,946.00 |  |
| Insurance (Auto, Life, Medical, Professional Liability) | $4,930.86 |  |  |
| IRA Contribution |  |  |  |
| Lease/Rent Payments |  |  |  |
| Medical/Dental Payments |  | $720.57 |  |
| Mortgage Payment(s) | $6,576.14 |  |  |
| Other Secured Payments |  |  |  |
| Property Association Dues |  |  |  |
| Taxes - Personal Property |  |  |  |
| Taxes - Real Estate |  |  |  |
| Taxes Other (attach schedule) |  |  |  |
| Travel & Entertainment |  | $244.23 |  |
| Tuition/Education |  | $200.00 |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation, Cell, Internet) | $1,524.41 | $266.97 |  |
| Vehicle Expenses (Fuel, Maintenance, Repair) | $5,927.82 | $3,569.79 |  |
| Vehicle Secured Payment (Note) | $608.19 |  |  |
| U. S. Trustee Quarterly Fees |  |  |  |
| Professional Fees (Legal, Accounting) | $50.00 | $399.00 |  |
| Other (attach schedule) |  |  |  |
| Chapter 11 Plan Payment | $3,850.00 |  |  |
| Bankruptcy Course |  |  |  |
| Bank charge | $5.00 |  |  |
| Cash/Savings | $2,703.00 | $100.35 |  |
| **Total Household Disbursements** | $31,754.87 | $9,191.68 | $40,946.55 |
|  |  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $27,884.82 | $2,385.55 | $30,270.37 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

.

|  | Month | Cumulative |
|---|---|---|
|  | March | Total |
| **CASH** - Beginning of Month |  |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** |  |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
|  |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** |  |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) |  |  |

**MONTHLY OPERATING REPORT - INDIVDUAL**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY          and          CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| State Farm Auto Insurance | Mar 20, 2019-Sept 20, 2019 | $840.25/Mo | |
| State Farm Home Insurance | Jan 7, 2019- Jan 7, 2020 | $3,978.00/Yr | |
| Guardian Term Life Insurance | Feb 17, 2019-May 17, 2019 | $1,631.72/Qtr | |
| Cincinnati Finacial Corporation/Malpractice Insurance | Sept 1, 2018-Sept 1, 2019 | 695.75/Qtr | |
| Genworth Term Life Insurance | Feb 15, 2019-May 15, 2019 | $445.90/Qtr | |
| Washington Mutual Life Insurance | Feb 25, 2019-May 25, 2019 | $647.40/Qtr | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____          15-Jul-19

**MONTHLY OPERATING REPORT - INDIVIDUAL**

ATTACHMENT NO. 2

### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | | |
| Account Number: | 3043731821 | 7236364019 | | |
| Purpose of Account (Business/Personal) | Personal | Business | | |
| Type of Account (e.g. checking) | DIP Checking | Checking | | |
| | | | | |
| 1.  **Balance per Bank Statement** | $27,884.82 | $2,385.55 | | |
| 2.  **ADD:**  Deposits not credited (attach list to this report) | $0.00 | $0.00 | | |
| 3.  **SUBTRACT:**  Outstanding Checks (attach list) | $0.00 | $0.00 | | |
| 4.  Other Reconciling Items (attach list to this report) | $0.00 | $0.00 | | |
| 5.  **Month End Balance** (Must Agree with Books) | $27,884.82 | $2,385.55 | | |
| TOTAL OF ALL ACCOUNTS | $27,884.82 | $2,385.55 | | |
| | | | | |

**Note:  Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach a copy of each investment account statement.**

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

| Name of Bank | Well Fargo |
|---|---|
| Account Number | 3.044E+09 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | DIP Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 3/1 | Chick-Fil-A | Household-Food | $7.25 |
| | 3/1 | Jones Bridge Animal | Household-Veternarian | $31.95 |
| | 3/1 | Target | Household | $131.41 |
| | 3/1 | Target | Household | $14.93 |
| | 3/1 | Publix | Household-Food | $24.45 |
| | 3/4 | Transfer to Connie Carter acct 1805 | Cash | $500.00 |
| | 3/4 | Stoney River | Household-Food | $106.00 |
| | 3/4 | Kroger Fuel | Vehicle-Fuel | $43.04 |
| | 3/4 | Cheesburger Bobby | Household-Food | $9.85 |
| | 3/4 | Kroger Fuel | Vehicle-Fuel | $46.88 |
| | 3/4 | Transfer to Austin Carter acct 1797 | Cash | $30.00 |
| | 3/4 | McDonalds | Household-Food | $14.74 |
| | 3/4 | ATM | Cash | $200.00 |
| | 3/4 | Transfer to Austin Carter acct 1797 | Cash | $100.00 |
| | 3/4 | Kroger Fuel | Vehicle-Fuel | $55.75 |
| | 3/4 | Cracker Barrel | Household-Food | $26.19 |
| | 3/4 | Target | Household | $9.52 |
| | 3/4 | ATM | Cash | $300.00 |
| | 3/4 | CSU Producers | Insurance-Professional Liability | $695.75 |
| | 3/5 | Panera Bread | Household-Food | $19.78 |
| | 3/5 | ATT | Utilities-Phone | $95.36 |
| | 3/6 | Carrabbas | Household-Food | $71.72 |
| | 3/6 | Dunkin | Household-Food | $10.88 |
| | 3/6 | Panda Express | Household-Food | $10.28 |
| | 3/6 | Mr K Express | Vehicle-Maintenance | $50.00 |
| | 3/6 | Panera Bread | Household-Food | $16.90 |
| | 3/6 | ATT | Utilities-Cellular | $348.20 |
| | 3/6 | Georgia Natural Gas | Utilities-Gas | $577.45 |
| | 3/6 | State Farm | Insurance-Auto | $706.07 |
| | 3/6 | Guardian Life | Insurance Life | $1,783.39 |
| | 3/7 | Jim N Nicks | Household-Food | $21.26 |
| | 3/7 | Quick Trip | Vehicle-Fuel | $47.97 |
| | 3/7 | Comcast Cable | Utilities-Cable | $357.75 |
| | 3/8 | Publik | Household-Food | $107.33 |
| | 3/8 | ATT | Utilities-Phone | $95.36 |
| | 3/8 | Slipakoff & Slomka | Chapter 11 Payment | $3,850.00 |
| | 3/11 | ABM Lanier | Household | $3.00 |
| | 3/11 | Jimmy Johns | Household-Food | $17.84 |
| | 3/11 | Walgreens | Household-Pharmacy | $29.49 |
| | 3/11 | Jones Bridge Animal | Household-Veternarian | $264.75 |
| | 3/11 | Executive Clothing | Household-Clothing | $42.80 |
| | 3/11 | Pappadeaux | Household-Food | $61.00 |
| | 3/11 | Wash Factory | Vehicle-Maintenance | $7.00 |
| | 3/11 | Quick Trip | Vehicle-Fuel | $45.59 |
| | 3/11 | Publik | Household-Food | $45.15 |
| | 3/11 | Publik | Household-Food | $127.74 |
| 1018 | 3/11 | Washington National Insurance | Insurance Life | $647.40 |
| | 3/12 | SOS Corp Gateway | Professional Fees | $50.00 |
| | 3/12 | Petsmart | Household-Veternarian | $58.00 |
| | 3/12 | BP | Vehicle-Fuel | $52.97 |
| | 3/12 | Kroger | Household-Food | $78.94 |
| | 3/12 | Transfer to Austin Carter acct 1797 | Cash | $20.00 |
| | 3/14 | Transfer to Austin Carter acct 1797 | Cash | $20.00 |
| | 3/14 | Publix | Household-Food | $134.48 |
| | 3/14 | Transfer to Austin Carter acct 1797 | Cash | $40.00 |
| | 3/15 | Publix | Household-Food | $11.83 |
| | 3/18 | Kroger Fuel | Vehicle-Fuel | $16.45 |
| | 3/18 | Amazon | Household-Food | $71.96 |
| | 3/18 | Executive Clothing | Household-Food | $49.85 |
| | 3/18 | Paypal | Household-Food | $16.89 |
| | 3/18 | Home Depot | Household Maintenance | $123.64 |
| | 3/18 | Target | Household | $3.76 |
| | 3/18 | Publix | Household-Food | $79.73 |
| | 3/18 | Kroger Fuel | Vehicle-Fuel | $51.91 |
| | 3/18 | Transfer to Connie Carter acct 1805 | Cash | $400.00 |
| | 3/18 | Centennial Motors | Vehicle-Repair | $355.11 |
| | 3/19 | Earthlink | Utilities-Internet | $50.29 |
| | 3/19 | Kroger Fuel | Vehicle-Fuel | $37.49 |
| | 3/19 | BP | Vehicle-Fuel | $7.55 |
| | 3/19 | Antico Pizza | Household-Food | $25.86 |
| | 3/19 | Publix | Household-Food | $183.11 |
| | 3/20 | Publix | Household-Food | $23.34 |
| | 3/20 | Kroger Fuel | Vehicle-Fuel | $23.59 |
| | 3/21 | Target | Household | $78.05 |
| | 3/22 | Executive Clothing | Household-Clothing | $23.00 |
| | 3/22 | Transfer to Austin Carter acct 1797 | Cash | $20.00 |
| | 3/22 | United Health Care Ins Premium | Insurance-Medical | $1,098.25 |
| | 3/25 | Chipotle | Household-Food | $7.37 |
| | 3/25 | BP | Vehicle-Fuel | $57.43 |
| | 3/25 | ATM | Cash | $203.00 |
| | 3/25 | ATM Transaction Fee | Bank Charge | $2.50 |
| | 3/25 | Bank Check Patrick Dougherty | Household Repair-Roof | $2,610.00 |
| | 3/25 | Transfer to Austin Carter acct 1797 | Cash | $50.00 |
| | 3/25 | Executive Clothing | Household-Clothing | $41.95 |
| | 3/25 | Publix | Household-Food | $58.26 |
| | 3/25 | Office Depot | Household-Supplies | $118.49 |
| | 3/25 | ATM | Cash | $200.00 |
| | 3/25 | Publix | Household-Food | $191.57 |
| 1019 | 3/25 | Check William D Auto Sales | Vehicle Secured Payment | $608.19 |
| | 3/26 | Aomi Japanese | Household-Food | $113.32 |
| | 3/26 | Kroger Fuel | Vehicle-Fuel | $59.76 |
| | 3/26 | Walgreens | Household-Pharmacy | $52.02 |
| | 3/26 | Transfer to Connie Carter acct 1805 | Cash | $400.00 |
| | 3/27 | Transfer to James E Carter IV | Cash | $200.00 |
| | 3/28 | Armandos | Household-Food | $22.82 |
| | 3/28 | Kroger Fuel | Vehicle-Fuel | $16.48 |
| | 3/28 | ACI service fee | Bank Charge | $12.50 |
| | 3/28 | SLS Mortgage | Mortgage Payment | $6,576.14 |
| | 3/29 | Lakeview Appliance | House Repair | $175.00 |
| | 3/29 | Transfer to Austin Carter acct 1797 | Cash | $200.00 |
| | 3/29 | Kroger Fuel | Vehicle-Fuel | $49.15 |
| | 3/29 | Bank Check Bear Valley Service | Vehicle-Repair | $4,934.70 |
| | | | TOTAL | $31,754.87 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

**CASH DISBURSEMENTS DETAILS - Household**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 7236364019 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 3/1 | Golden Corral | Household-Food | $12.38 |
| | 3/4 | Dunkin | Household-Food | $8.98 |
| | 3/4 | Sirius XM | Entertainment | $120.19 |
| | 3/4 | Bear Valley Service | Vehicle Repair | $1,021.19 |
| | 3/4 | Executive Cleaning | Household-Clothing | $35.00 |
| | 3/4 | Land Rover | Vehicle Repair | $837.69 |
| | 3/4 | Batteries Plus | Vehicle Repair | $9.53 |
| | 3/4 | Chick-Fil-A | Household-Food | $7.27 |
| | 3/4 | Best Buy | Household | $64.63 |
| 1079 | 3/4 | Rigo Nunez | Household Maintenance | $1,000.00 |
| | 3/7 | Apple iTunes | Entertainment | $2.58 |
| | 3/7 | Zimmer Dental Medical | Professional Fees-Continuing Education | $399.00 |
| | 3/8 | Apple iTunes | Entertainment | $14.99 |
| | 3/8 | Apple | Household-Computer | $1,376.94 |
| | 3/8 | Bear Valley Service | Vehicle Repair | $305.70 |
| | 3/8 | Apple iTunes | Entertainment | $24.99 |
| | 3/11 | J Alexander's | Household-Food | $113.28 |
| | 3/11 | Pappadeaux | Household-Food | $21.00 |
| | 3/11 | Pappadeaux | Household-Food | $7.49 |
| | 3/12 | Publix | Household-Food | $5.09 |
| | 3/13 | Netflix | Entertainment | $10.99 |
| | 3/14 | Apple iTunes | Entertainment | $1.27 |
| | 3/14 | Apple iTunes | Entertainment | $6.99 |
| | 3/14 | Chipotle | Household-Food | $9.43 |
| | 3/15 | Armando's | Household-Food | $57.29 |
| | 3/18 | ATT | Utilities-Cellular | $105.10 |
| | 3/18 | ATT | Utilities-Cellular | $51.00 |
| | 3/18 | ATT | Utilities-Cellular | $45.00 |
| | 3/18 | Paypal | Cash | $0.35 |
| | 3/18 | Paypal | Cash | $100.00 |
| | 3/20 | ATT | Utilities-Cellular | $65.87 |
| | 3/21 | Apple iTunes | Entertainment | $15.98 |
| | 3/21 | Bear Valley Service | Vehicle Repair | $1,389.68 |
| | 3/22 | Fusion Sleep | Medical Payments | $450.57 |
| | 3/22 | Apple iTunes | Entertainment | $1.29 |
| | 3/22 | Amazon | Household | $25.99 |
| | 3/22 | Buford Benchmark | Medical Payments | $180.00 |
| | 3/25 | Apple iTunes | Entertainment | $8.99 |
| | 3/25 | Apple iTunes | Entertainment | $12.99 |
| | 3/25 | Apple iTunes | Entertainment | $9.99 |
| | 3/28 | Woodard Academy | Educational | $200.00 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3C**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| **Name of Bank** | |
| **Account Number** | |
| **Purpose of Account (Business)** | |
| **Type of Account (e.g., Checking)** | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

.

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

*  **Attach explanation of  any adjustment or writeoff.**

** **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

**  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| **Accounts Payable Beginning Balance*** | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| **Accounts Payable Ending Balance** | | | |

*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | 7/1/2017 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | |
|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month |
| William D Auto Sales | $608.19 | $0.00 | $608.19 |
| | | | |
| | | | |
| | | | |

**JAMES E CARTER IV**
**DEBTOR IN POSSESSION**
2000 NORLAND CIRCLE CT
ALPHARETTA, GA 30022-7129

1018

Feb 22, 2019

Date

Pay to the Order of _Washington National Insurance Co_    $ 647.40

Six hundred forty-seven & 40/100    Dollars

Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

For _Policy_ DL05000417

James E Carter IV

**JAMES E CARTER IV**
**DEBTOR IN POSSESSION**
2000 NORLAND CIRCLE CT
ALPHARETTA, GA 30022-7129

1019

84-22/610 5059

March 23 2019
Date

Pay to the Order of _William P Auto Sales_   $ 608 19

Six hundred eight & 15/100   Dollars

Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

For _Merch Pymt_

Jim E Carter IV

# Wells Fargo Opportunity Checking

Account number: **3043731821**  ■  March 1, 2019 - March 31, 2019  ■  Page 1 of 6



JAMES E CARTER IV
DEBTOR IN POSSESSION
CH11 CASE #18-68479 (NGA)
2000 NORLAND CIRCLE CT
ALPHARETTA GA 30022-7129

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $28,523.33 |
| Deposits/Additions | 31,116.36 |
| Withdrawals/Subtractions | - 31,754.87 |
| **Ending balance on 3/31** | **$27,884.82** |

Account number:  **3043731821**

**JAMES E CARTER IV
DEBTOR IN POSSESSION
CH11 CASE #18-68479 (NGA)**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:   **3043731821**   ■   March 1, 2019 - March 31, 2019   ■   Page 2 of 6


WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/1 | | Purchase authorized on 02/27 Chick-Fil-A #03700 Alpharetta GA S389058796420183 Card 9012 | | 7.25 | |
| 3/1 | | Purchase authorized on 02/28 Jones Bridge Anima Johns Creek GA S389059809142501 Card 9012 | | 31.95 | |
| 3/1 | | Purchase authorized on 03/01 Target T- 6000 N Point Alpharetta GA P00000000679211022 Card 9012 | | 131.41 | |
| 3/1 | | Purchase authorized on 03/01 Target T- 6000 N Point Alpharetta GA P00000000881868860 Card 9012 | | 14.93 | |
| 3/1 | | Purchase authorized on 03/01 Publix Super Mar 9925 Hay Johns Creek GA P0030906084679530 Card 9012 | | 24.45 | 28,313.34 |
| 3/4 | | Transfer to Carter Connie on 03/01 Ref #Pp05Vtnh9R xxxxxx1805 | | 500.00 | |
| 3/4 | | Purchase authorized on 02/28 Stoney Rive5000205 Roswell GA S389060047056225 Card 9012 | | 106.00 | |
| 3/4 | | Purchase authorized on 03/01 Kroger Fuel #1344 Alpharetta GA S389060796616476 Card 9012 | | 43.04 | |
| 3/4 | | Purchase authorized on 03/02 Cheeseburger Bobby Peachtree Cor GA S309061632424079 Card 9012 | | 9.85 | |
| 3/4 | | Purchase authorized on 03/02 Kroger Fu 8465 Halcomb Johns Creek GA P00000000536039970 Card 9012 | | 45.88 | |
| 3/4 | | Transfer to Carter Austin on 03/02 Ref #Pp05Vzxxsp xxxxxx1797 | | 30.00 | |
| 3/4 | | Purchase authorized on 03/02 McDonald's F17198 McDonough GA S589062167310501 Card 9012 | | 14.74 | |
| 3/4 | | ATM Withdrawal authorized on 03/03 5525 Peachtree Pkwy Norcross GA 0001899 ATM ID 0197R Card 9012 | | 200.00 | |
| 3/4 | | Transfer to Carter Austin on 03/03 Ref #Pp05W2Zfmv xxxxxx1797 | | 100.00 | |
| 3/4 | | Purchase authorized on 03/03 Kroger Fu 3000 Old Ala Alpharetta GA P00000000982381206 Card 9012 | | 55.75 | |
| 3/4 | | Purchase authorized on 03/03 Cracker Barrel # 5580 Win Alpharetta GA P0046906300205455 Card 9012 | | 26.19 | |
| 3/4 | | Purchase authorized on 03/04 Target T- 3205 Woodwar Buford GA P00000000730433024 Card 9012 | | 9.52 | |
| 3/4 | | ATM Withdrawal authorized on 03/04 4170 Pleasant Hill Duluth GA 0006053 ATM ID 0197Y Card 9012 | | 300.00 | |
| 3/4 | | Csu Producer Res Excs/Srpls 190302 0335270 Ivr *Consumer | | 695.75 | 26,176.62 |
| 3/5 | | Big Daddy Dentis Payroll 8085210000822bx Carter, James E | 22,378.22 | | |
| 3/5 | | Purchase authorized on 03/04 Panera Bread #6017 Buford GA S589063667999549 Card 9012 | | 19.78 | |
| 3/5 | | ATT Payment 030319 141636001Smt2U Checking | | 95.36 | 48,439.70 |
| 3/6 | | Purchase authorized on 03/04 Carrabbas 6112 Duluth GA S469063816436495 Card 9012 | | 71.72 | |
| 3/6 | | Purchase authorized on 03/05 Dunkin #302564 Q35 Duluth GA S309064443650802 Card 9012 | | 10.88 | |
| 3/6 | | Purchase authorized on 03/05 Panda Express 1577 Buford GA S469064649763559 Card 9012 | | 10.28 | |
| 3/6 | | Purchase authorized on 03/05 MR K Express Car W Buford GA S589064663963822 Card 9012 | | 10.00 | |
| 3/6 | | Purchase authorized on 03/05 Panera Bread #2037 Duluth GA S469064824955803 Card 9012 | | 16.90 | |
| 3/6 | | ATT Payment 030519 262763002Smt2J Checking | | 348.20 | |
| 3/6 | | Georgianaturalga Geornatgas 190306 000345610-03546 James E Carter IV | | 577.45 | |
| 3/6 | | State Farm Ro 08 Cpc-Client 27 S 1557413927 James E Carter | | 706.07 | |
| 3/6 | | Guardian Life Web Pay 190305 92194 James Carter | | 1,783.39 | 44,904.81 |
| 3/7 | | Purchase authorized on 03/06 4022 Jnn Suwanee Suwanee GA S389065666429099 Card 9012 | | 21.26 | |
| 3/7 | | Purchase authorized on 03/07 Quiktrip Buford GA P0038906667860865 Card 9012 | | 47.97 | |
| 3/7 | | Purchase Return authorized on 03/07 Josabank Clothiers 858 Buford GA P00000000836436988 Card 9012 | 0.68 | | |
| 3/7 | | Comcast Cable 190306 1587684 James *Carter | | 357.75 | 44,478.51 |

Account number:  **3043731821**  ■  March 1, 2019 - March 31, 2019  ■  Page 3 of 6



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/8 | | Purchase authorized on 03/08 Publix Super Mar 4305 Sta Alpharetta GA P00469067845650824 Card 9012 | | 107.33 | |
| 3/8 | | ATT Payment 030719 300834002Smt2L Checking | | 95.36 | |
| 3/8 | | Slipakof & Slom Sale 190308 James E Carter | | 3,850.00 | 40,425.82 |
| 3/11 | | Purchase authorized on 03/07 Abm Lanier Hunt 07 Atlanta GA S309066854446457 Card 9012 | | 3.00 | |
| 3/11 | | Purchase authorized on 03/08 Jimmy Johns - 1672 Roswell GA S469067572021303 Card 9012 | | 17.84 | |
| 3/11 | | Purchase authorized on 03/08 Walgreens #5760 Alpharetta GA S389067581740426 Card 9012 | | 29.49 | |
| 3/11 | | Purchase authorized on 03/08 Jones Bridge Anima Johns Creek GA S309067659081859 Card 9012 | | 264.75 | |
| 3/11 | | Purchase authorized on 03/09 Executive Clothing Duluth GA S469068495057714 Card 9012 | | 42.80 | |
| 3/11 | | Purchase authorized on 03/10 Pappadeaux Seafood Alpharetta GA S589069712878081 Card 9012 | | 61.00 | |
| 3/11 | | Purchase authorized on 03/10 Wash Factory Expre Johns Creek GA S389069771104770 Card 9012 | | 7.00 | |
| 3/11 | | Purchase authorized on 03/10 Quiktrip Alpharetta GA P00309069783836385 Card 9012 | | 45.59 | |
| 3/11 | | Purchase authorized on 03/10 Publix Super Mar 9925 Hay Johns Creek GA P00309069831935790 Card 9012 | | 45.15 | |
| 3/11 | | Purchase authorized on 03/11 Publix Super Mar 5805 Sta Duluth GA P00309070754386608 Card 9012 | | 127.74 | |
| 3/11 | 1018 | Check | | 647.40 | 39,134.06 |
| 3/12 | | Purchase authorized on 03/11 S.O.S. Corp Gatewa 404-652-2887 GA S309070442104676 Card 9012 | | 50.00 | |
| 3/12 | | Purchase authorized on 03/12 Petsmart # 0289 Alpharetta GA P00469071720267028 Card 9012 | | 58.00 | |
| 3/12 | | Purchase authorized on 03/12 Bp#1723089Ck 2 Alpharetta GA P00000000879691352 Card 9012 | | 52.97 | |
| 3/12 | | Purchase authorized on 03/12 Kroger #3 3000 Old Ala Alpharetta GA P0000000048709634 Card 9012 | | 78.94 | |
| 3/12 | | Transfer to Carter Austin on 03/12 Ref #Pp05Xbfsjj xxxxxx1797 | | 20.00 | 38,874.15 |
| 3/14 | | Transfer to Carter Austin on 03/14 Ref #Pp05Xjlj3S xxxxxx1797 | | 20.00 | |
| 3/14 | | Purchase authorized on 03/14 Publix Super Mar 5805 Sta Duluth GA P00309073645021661 Card 9012 | | 134.48 | |
| 3/14 | | Transfer to Carter Austin on 03/14 Ref #Pp05Xkljqr xxxxxx1797 | | 40.00 | 38,679.67 |
| 3/15 | | Purchase authorized on 03/15 Publix Super Mar 9925 Hay Johns Creek GA P00309074747247696 Card 9012 | | 11.83 | 38,667.84 |
| 3/18 | | Purchase authorized on 03/15 Kroger Fuel #1344 Alpharetta GA S389074767608224 Card 9012 | | 16.45 | |
| 3/18 | | Purchase authorized on 03/15 Amzn Mktp US*Mw1Vx Amzn.Com/Bill WA S469075147698896 Card 9012 | | 71.96 | |
| 3/18 | | Purchase authorized on 03/16 Executive Clothing Duluth GA S469075766742070 Card 9012 | | 49.85 | |
| 3/18 | | Purchase authorized on 03/17 Paypal *Dealworld 402-935-7733 CA S389076473567720 Card 9012 | | 16.89 | |
| 3/18 | | Purchase authorized on 03/17 The Home Depot #0131 Duluth GA P00469076593346181 Card 9012 | | 123.64 | |
| 3/18 | | Purchase authorized on 03/17 Target T- 5950 State B Duluth GA P00000000872729753 Card 9012 | | 3.76 | |
| 3/18 | | Purchase authorized on 03/17 Publix Super Mar 5805 Sta Duluth GA P00469076618141947 Card 9012 | | 79.73 | |
| 3/18 | | Purchase authorized on 03/17 Kroger Fu 8465 Halcomb Johns Creek GA P00000000586604086 Card 9012 | | 51.91 | |
| 3/18 | | Transfer to Carter Connie on 03/18 Ref #Pp05Y4Ws84 xxxxxx1805 | | 400.00 | |
| 3/18 | | Purchase authorized on 03/18 Centennial Motors Alpharetta GA P00000000879295000 Card 9012 | | 355.11 | 37,498.54 |
| 3/19 | | Recurring Payment authorized on 03/18 WWW*Earthlink.Net 800-719-4660 GA S469077398562410 Card 9012 | | 50.29 | |

Account number:  **3043731821**  ■  March 1, 2019 - March 31, 2019  ■  Page 4 of 6



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/19 | | Purchase authorized on 03/18 Kroger Fuel Ctr #1 Johns Creek GA S469077709846870 Card 9012 | | 37.49 | |
| 3/19 | | Purchase authorized on 03/18 Bp#1723089Ck 2211 Alpharetta GA S469077724757996 Card 9012 | | 7.55 | |
| 3/19 | | Purchase authorized on 03/18 Antico Pizza Avalo Alpharetta GA S469077736350993 Card 9012 | | 25.86 | |
| 3/19 | | Purchase authorized on 03/19 Publix Super Mar 9925 Hay Johns Creek GA P00469078796828035 Card 9012 | | 183.11 | 37,194.24 |
| 3/20 | | Big Daddy Dentis Payroll 8106800000499 0x Carter, James E | 8,737.46 | | |
| 3/20 | | Purchase authorized on 03/19 Publix Super Mar 9925 Hay Johns Creek GA P00469079042003583 Card 9012 | | 23.34 | |
| 3/20 | | Purchase authorized on 03/20 Kroger Fu 3000 Old Ala Alpharetta GA P0000000074632596 Card 9012 | | 23.59 | 45,884.77 |
| 3/21 | | Purchase authorized on 03/21 Target T- 5950 State B Duluth GA P00000000571555547 Card 9012 | | 78.05 | 45,806.72 |
| 3/22 | | Purchase authorized on 03/20 Executive Clothing Duluth GA S469079408559345 Card 9012 | | 23.00 | |
| 3/22 | | Transfer to Carter Austin on 03/22 Ref #Pp05Yqxcjq xxxxxx1797 | | 20.00 | |
| 3/22 | | Unitedhealthone Ins. Prem. 190321 xxxxx3133 x | | 1,098.25 | 44,665.47 |
| 3/25 | | Purchase authorized on 03/22 Chipotle 0379 Duluth GA S469081740354556 Card 9012 | | 7.37 | |
| 3/25 | | Purchase authorized on 03/23 Bp#1723626Ck 2211 Alpharetta GA S309082431580339 Card 9012 | | 57.43 | |
| 3/25 | | Non-WF ATM Withdrawal authorized on 03/23 3700 Old Alpharett Johns Creek GA 00469082434193493 ATM ID Lk864531 Card 9012 | | 203.00 | |
| 3/25 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/25 | | Purchase Bank Check OR Draft | | 2,610.00 | |
| 3/25 | | Transfer to Carter Austin on 03/23 Ref #Pp05Ytqrqm xxxxxx1797 | | 50.00 | |
| 3/25 | | Purchase authorized on 03/23 Executive Clothing Duluth GA S309082770951704 Card 9012 | | 41.95 | |
| 3/25 | | Purchase authorized on 03/23 Publix Super Mar 5805 Sta Duluth GA P00389082786678399 Card 9012 | | 58.26 | |
| 3/25 | | Purchase authorized on 03/24 Office Depot 00 5805 Stat Duluth GA P00309083823756593 Card 9012 | | 118.49 | |
| 3/25 | | ATM Withdrawal authorized on 03/24 5825 State Bridge Rd Duluth GA 0008876 ATM ID 6065B Card 9012 | | 200.00 | |
| 3/25 | | Purchase authorized on 03/25 Publix Super Mar 9925 Hay Johns Creek GA P00589084680326144 Card 9012 | | 191.57 | |
| 3/25 | 1019 | Check | | 608.19 | 40,516.71 |
| 3/26 | | Purchase authorized on 03/24 Aomi Japanese Rest Norcross GA S589083804836644 Card 9012 | | 113.32 | |
| 3/26 | | Purchase authorized on 03/25 Kroger Fuel Ctr #1 Johns Creek GA S389084642625548 Card 9012 | | 59.76 | |
| 3/26 | | Purchase authorized on 03/25 Walgreens #5760 Alpharetta GA S469084721072038 Card 9012 | | 52.02 | |
| 3/26 | | Transfer to Carter Connie on 03/26 Ref #Pp05Z4Tmq2 xxxxxx1805 | | 400.00 | 39,891.61 |
| 3/27 | | Online Transfer to James E Carter IV Dmd PC Business Checking xxxxxx4019 Ref #Ib05Z7W4F9 on 03/27/19 | | 200.00 | 39,691.61 |
| 3/28 | | Purchase authorized on 03/26 Armando's Caribe Dulluth GA S309085808877468 Card 9012 | | 22.82 | |
| 3/28 | | Purchase authorized on 03/27 Kroger Fuel #1344 Alpharetta GA S389086666343600 Card 9012 | | 16.48 | |
| 3/28 | | Aci Service Fee Servicefee 190327 000001044125788 Carter,James | | 12.50 | |
| 3/28 | | Sls Mortgage Pay Csr Pay 190327 000001044125789 Carter,James | | 6,576.14 | 33,063.67 |
| 3/29 | | Purchase authorized on 03/27 Lakeview Appliance 630-7874484 IL S469086559646931 Card 9012 | | 175.00 | |
| 3/29 | | Transfer to Carter Austin on 03/29 Ref #Pp05Zj7Hsk xxxxxx1797 | | 20.00 | |

Account number:  **3043731821**  ▪ March 1, 2019 - March 31, 2019 ▪ Page 5 of 6



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/29 | | Purchase authorized on 03/29 Kroger Fu 3455 Peachtr Duluth GA P00000000483561219 Card 9012 | | 49.15 | |
| 3/29 | | Purchase Bank Check OR Draft | | 4,934.70 | 27,884.82 |
| **Ending balance on 3/31** | | | | | **27,884.82** |
| **Totals** | | | **$31,116.36** | **$31,754.87** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1018 | 3/11 | 647.40 | 1019 | 3/25 | 608.19 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | $26,176.62 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $31,115.68 | ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 69 | ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
JL/JL

Account number:  **3043731821**  ■  March 1, 2019 - March 31, 2019  ■  Page 6 of 6



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance**  on this statement.  $ _____

**B**  **List outstanding deposits and other credits**  to your account that do not appear on this statement.  **Enter the total**  in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

▶  + $ _____

**C**  **Add**  A  and  B  to calculate the subtotal.  = $ _____

**D**  **List outstanding checks, withdrawals, and other debits**  to your account that do not appear on this statement.  **Enter the total**  in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

▶  - $ _____

**E**  **Subtract**  D  **from**  C  to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,**  telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.

**JAMES E CARTER IV DMD PC**
2000 NORLAND CIRCLE CT
ALPHARETTA, GA 30022-7129

1079

64-22/610 8274

2/26/19

Pay to the Order of — Rigo Nunez

$ 1000 ⁰⁰

One thousand — Dollars

Wells Fargo Bank, N.A.
Georgia
wellsfargo.com

For Home Repair

Jan E Carter

**JAMES E CARTER IV DMD PC**
2000 NORLAND CIRCLE CT
ALPHARETTA, GA 30022-7129

1080

64-22/610 8274

3/25/15

Pay to the
Order of _____ Rigo Nunez _____ $ 946⁰⁰

Nine hundred forty-six & ⁰⁰⁄₁₀₀ ___ Teu Dollars

Wells Fargo Bank, N.A.
Georgia

For _____ Home maintenance _____

Jam E Carty

# Wells Fargo Simple Business Checking

Account number:  **7236364019**  ■  March 1, 2019 - March 31, 2019  ■  Page 1 of 5



JAMES E CARTER IV DMD PC
2000 NORLAND CIRCLE CT
ALPHARETTA GA 30022-7129

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,833.65 |
| Deposits/Credits | 8,743.58 |
| Withdrawals/Debits | - 9,191.68 |
| **Ending balance on 3/31** | **$2,385.55** |
| Average ledger balance this period | $1,932.56 |

Account number:  **7236364019**

**JAMES E CARTER IV DMD PC**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  **7236364019**  ■  March 1, 2019 - March 31, 2019  ■  Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Gwinnettfa479817 Payroll 030119 2399634 James E Carter IV Dmd | 3,117.98 | | |
| 3/1 | | Purchase authorized on 02/28 Golden Corral 2435 Buford GA S309059663431280 Card 6737 | | 12.38 | 5,939.25 |
| 3/4 | | Purchase authorized on 03/01 Dunkin #302564 Q35 Duluth GA S469060489943946 Card 6737 | | 8.98 | |
| 3/4 | | Recurring Payment authorized on 03/01 Sxm*Siriusxm.Com/A 888-635-5144 NY S309060494925945 Card 6737 | | 120.19 | |
| 3/4 | | Purchase authorized on 03/01 Bear Valley Servic Roswell GA S309060702591697 Card 6737 | | 1,021.19 | |
| 3/4 | | Purchase authorized on 03/01 Executive Clothing Duluth GA S589060775827999 Card 6737 | | 35.00 | |
| 3/4 | | Purchase authorized on 03/01 Land Rover San Die 858-549-6003 CA S589060812424623 Card 6737 | | 837.69 | |
| 3/4 | | Purchase authorized on 03/02 Batteries Plus - #0110 Duluth GA P0038906167134626 2 Card 6737 | | 9.53 | |
| 3/4 | | Purchase authorized on 03/02 Chick-Fil-A #00448 Alpharetta GA S389061773027696 Card 6737 | | 7.27 | |
| 3/4 | | Purchase authorized on 03/03 Best Buy #516 Alpharetta GA P00000000367602 91 Card 6737 | | 64.63 | |
| 3/4 | 1079 | Check | | 1,000.00 | 2,834.77 |
| 3/7 | | Purchase authorized on 03/05 Apl* Itunes.Com/Bi 866-712-7753 CA S469065142309181 Card 6737 | | 2.58 | |
| 3/7 | | Purchase authorized on 03/06 Zimmer Dental Mede 760-929-4300 CA S589065480605181 Card 6737 | | 399.00 | 2,433.19 |
| 3/8 | | Recurring Payment authorized on 03/07 Apl*Itunes.Com/Bil 866-712-7753 CA S469066581760014 Card 6737 | | 14.99 | |
| 3/8 | | Purchase authorized on 03/07 Apl*Apple Online S 800-676-2775 CA S309066584939421 Card 6737 | | 1,376.94 | |
| 3/8 | | Purchase authorized on 03/08 Bear Valley Service Ll Roswell GA P00000000572637528 Card 6737 | | 305.70 | 735.56 |
| 3/11 | | Purchase authorized on 03/08 Apl* Itunes.Com/Bi 866-712-7753 CA S389067786792329 Card 6737 | | 24.99 | |
| 3/11 | | Purchase authorized on 03/08 J Alexander's 0200 Norcross GA S589067840852878 Card 6737 | | 113.28 | |
| 3/11 | | Purchase authorized on 03/08 Pappadeaux Seafood Alpharetta GA S389068019813210 Card 6737 | | 21.00 | |
| 3/11 | | Purchase authorized on 03/08 Pappadeaux Seafood Alpharetta GA S589068029246339 Card 6737 | | 7.49 | 568.80 |
| 3/12 | | Purchase authorized on 03/12 Publix Super Mar 5885 Cum Buford GA P00469071622888532 Card 6737 | | 5.09 | 563.71 |
| 3/13 | | Recurring Payment authorized on 03/12 Netflix.Com Netflix.Com CA S389071476174607 Card 6737 | | 10.99 | 552.72 |
| 3/14 | | Purchase authorized on 03/12 Apl* Itunes.Com/Bi 866-712-7753 CA S589072014178984 Card 6737 | | 1.27 | |
| 3/14 | | Purchase authorized on 03/12 Apl* Itunes.Com/Bi 866-712-7753 CA S589072028085803 Card 6737 | | 6.99 | |
| 3/14 | | Purchase authorized on 03/13 Chipotle 0932 Buford GA S389072611527745 Card 6737 | | 9.43 | 535.03 |
| 3/15 | | Gwinnettfa479817 Payroll 031519 2399634 James E Carter IV Dmd | 2,298.24 | | |
| 3/15 | | Purchase authorized on 03/13 Armando's Caribe Dulluth GA S589072773149018 Card 6737 | | 57.29 | 2,775.98 |
| 3/18 | | Paypal Verifybank 190317 1005185726921 James Carter | 0.15 | | |
| 3/18 | | Paypal Verifybank 190317 1005185726919 James Carter | 0.20 | | |
| 3/18 | | Purchase authorized on 03/15 AT&T Eatl 11447 800-331-0500 GA S469074625027035 Card 6737 | | 105.10 | |
| 3/18 | | Purchase authorized on 03/18 AT&T 0204 Buford GA P00589077622423438 Card 6737 | | 51.00 | |

Account number:  **7236364019**  ■  March 1, 2019 - March 31, 2019  ■  Page 3 of 5



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| 3/18 | | Purchase authorized on 03/18 AT&T 0204 Buford GA P00309077624207068 Card 6737 | | 45.00 | |
| 3/18 | | Paypal Verifybank 190317 1005185726922 James Carter | | 0.35 | 2,574.88 |
| 3/19 | | Paypal Transfer 190319 4Tl22Aggkycsc James Carter | | 100.00 | 2,474.88 |
| 3/20 | | Purchase authorized on 03/18 AT&T Df Z4Mag 4020 WWW.ATT.Com GA S589077632596845 Card 6737 | | 65.87 | 2,409.01 |
| 3/21 | | Purchase authorized on 03/19 Apl*Itunes.Com/ 866-712-7753 CA S469078836610357 Card 6737 | | 15.98 | |
| 3/21 | | Purchase authorized on 03/20 Bear Valley Servic 770-645-9035 GA S309079717286903 Card 6737 | | 1,389.68 | 1,003.35 |
| 3/22 | | Purchase authorized on 03/20 Fusion Sleep LLC Suwanee GA S589079680927431 Card 6737 | | 450.57 | |
| 3/22 | | Purchase authorized on 03/20 Apl* Itunes.Com/Bi 866-712-7753 CA S309080020913009 Card 6737 | | 1.29 | |
| 3/22 | | Purchase authorized on 03/20 Amzn Mktp US*Mw2H6 Amzn.Com/Bill WA S389080213192404 Card 6737 | | 25.99 | |
| 3/22 | | Purchase authorized on 03/21 Buford Benchmark Sugar Hill GA S309080580105198 Card 6737 | | 180.00 | 345.50 |
| 3/25 | | Purchase authorized on 03/21 Apl*Itunes.Com/Bi 866-712-7753 CA S389080804744103 Card 6737 | | 8.99 | |
| 3/25 | | Purchase authorized on 03/22 Apl* Itunes.Com/Bi 866-712-7753 CA S389081836320058 Card 6737 | | 12.99 | |
| 3/25 | | Purchase authorized on 03/22 Apl* Itunes.Com/Bi 866-712-7753 CA S469081836336625 Card 6737 | | 9.99 | 313.53 |
| 3/27 | | Online Transfer From Carter J Checking xxxxxx1821 Ref #Ib05Z7W4F9 on 03/27/19 | 200.00 | | 513.53 |
| 3/28 | | Purchase Return authorized on 03/27 Zimmer Dental Mede Carlsbad CA S619087546149217 Card 6737 | 399.00 | | |
| 3/28 | | Purchase authorized on 03/26 Woodward Academy T 404-7654000 GA S589085475907870 Card 6737 | | 200.00 | |
| 3/28 | | Purchase authorized on 03/26 Apl* Itunes.Com/Bi 866-712-7753 CA S589085836954387 Card 6737 | | 12.99 | |
| 3/28 | | Purchase authorized on 03/27 Buford Benchmark Sugar Hill GA S309086575591844 Card 6737 | | 90.00 | |
| 3/28 | | Purchase authorized on 03/27 MR K Express Car W Buford GA S389086600056496 Card 6737 | | 6.00 | 603.54 |
| 3/29 | | Gwinnettfa479817 Payroll 032919 2399634 James E Carter IV Dmd | 2,728.01 | | |
| 3/29 | 1080 | Check | | 946.00 | 2,385.55 |
| **Ending balance on 3/31** | | | | | **2,385.55** |
| **Totals** | | | **$8,743.58** | **$9,191.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1079 | 3/4 | 1,000.00 | 1080 | 3/29 | 946.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2019 - 03/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----------------------------------|-------------------------------------|----------------|

Account number:  **7236364019**  ■ March 1, 2019 - March 31, 2019 ■ Page 4 of 5



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $1,933.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:  **7236364019**  ■  March 1, 2019 - March 31, 2019  ■  Page 5 of 5



---

### General statement policies for Wells Fargo Bank

■  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                     $ _____
your account which are not                 $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

## CASHIER'S CHECK

0066988       11-24
Office AU #    1210(8)

SERIAL #:  6698802894
ACCOUNT#:  4861-513307

Remitter:           **JAMES CARTER**
Purchaser:          **JAMES CARTER**
Purchaser Account:  3043731821
Operator I.D.:      u692713        a143108
Funding Source:     Electronic Items(s)

**March 29, 2019**

PAY TO THE ORDER OF    ***BEAR VALLEY SERVICE ***

NON-NEGOTIABLE

***Four thousand nine hundred twenty-four dollars and 70 cents***        **\*\*$4,924.70\*\***

Payee Address:
Memo:

VOID IF OVER US $  4,924.70

**WELLS FARGO BANK, N.A.**
4681 NELSON BROGDON BLVD
SUGAR HILL, GA 30518
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  90012649

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW.  FOR ADDITIONAL SECURITY FEATURES SEE BACK.

## CASHIER'S CHECK

0066988       11-24
Office AU #    1210(8)

6698802894

Remitter:       **JAMES CARTER**
Operator I.D.:  u692713        a143108

**March 29, 2019**

PAY TO THE ORDER OF    ***BEAR VALLEY SERVICE ***

***Four thousand nine hundred twenty-four dollars and 70 cents***        **\*\*$4,924.70\*\***

Payee Address:
Memo:

VOID IF OVER US $  4,924.70

**WELLS FARGO BANK, N.A.**
4681 NELSON BROGDON BLVD
SUGAR HILL, GA 30518
FOR INQUIRIES CALL (480) 394-3122

*Richard Levy*
CONTROLLER

Details on Back.

Security Features Included.

⑈"6698802894"⑈ ⑈121000248⑈:4861  513307"⑈

# DOUGHERTY & SON
### Roofing & Painting
Specializing in Cedar Roof Restoration

All Work Guaranteed
404-615-8193

6595 G Roswell Rd
Atlanta, GA 30328

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| Mr & Mrs Carter | | 3-21-19 |
| STREET | JOB NAME | |
| 2000 Norland Circle | | |
| CITY, STATE AND ZIP CODE | JOB LOCATION | |
| Johns Greek Ga. | Same | |

☑ Cedar Shake _____  Repair + oil treat House roof

- ☐ Remove existing roofs   ☐ Composition   ☐ Wood ☐ Repair rotten decking   ☐ Install ½" CDX Plywood
- ☐ Prepare existing roof to accept new roof.   ☐ Apply _____ felt over prepared base.
- ☐ Install _____ pre-painted drip edge to all roof perimeters.   ☐ Install 20" 26-gauge galvanized metal in all valleys (half lace).
- ☐ Install 225 lb. Starter course at all perimeters.   ☐ Replace all galvanized vents, and lead plumbing stacks.
- ☐ Install new flashing ____   ☐ Chimney ____   ☐ Walls ____   ☐ Patio
- ☐ Install ____   ☐ Turbine Vents ___ ☐ Ridge Vents ____ ☐ Soffit Vents ____  Air Hawks
- ☐ Apply fiberglass composition shingles and ridge caps to:   ☐ ___ House   ☐ ___ Garage   ☐ _____
- ☐ Remove debris pertaining to above operations (magnetic sweep).
- ☑ Clean roof and gutters on House _____
- ☑ Repair or Replace all Cedar Shakes + Ridge needed
- ☑ Oil treat all of Cedar Shake Roof with-
- ☐ ~~Class~~ Chevron Shingle Oil _____
- ☑ All Work on House Roof is Maintained-
- ☐ for 5 years at no Extra Cost.

20 year _____   25 year _____   30 year _____   40 year _____

We propose to hereby furnish material and labor - complete in accordance with above specifications, for the sum of:

Twenty Four hundred _____ Dollars ($ 2,400

Payment to be made as follows:

If the undersigned fails to pay to D & S ROOFING any amounts due under this contract within thirty (30) days from the date of completion, the undersigned agrees to pay all costs of collection plus a reasonable attorney's fees, should the same be placed in the hands of an attorney for collection, along with eighteen (18) percent interest on unpaid balances.

Authorized Signature _____

Note: This proposal may be withdrawn by us if not accepted within 10 days.

X

## Acceptance of Proposal
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____   Signature _____   Date of Acceptance _____

**CASHIER'S CHECK**

0066988        11-24

Office AU #        1210(8)

SERIAL #:  6698802160

ACCOUNT#:  4861-513299

Remitter:        JAMES CARTER
Purchaser:       JAMES CARTER
Purchaser Account: 3043731821
Operator I.D.:   u692713        a143108
Funding Source:  Paper Items(s)

**March 29, 2019**

PAY TO THE ORDER OF        ***PATRICK DOUGHERTY***

***Two thousand six hundred dollars and no cents***        **$2,600.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
4681 NELSON BROGDON BLVD
SUGAR HILL, GA 30518
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,600.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  90012649

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0066988        11-24

Office AU #        1210(8)

**CASHIER'S CHECK**        6698802160

Remitter:        JAMES CARTER
Operator I.D.:   u692713        a143108

**March 29, 2019**

PAY TO THE ORDER OF        ***PATRICK DOUGHERTY***

***Two thousand six hundred dollars and no cents***        **$2,600.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
4681 NELSON BROGDON BLVD
SUGAR HILL, GA 30518
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  2,600.00

*Richard Long*

CONTROLLER

Details on Back.

Security Features Included.

⑈669880 2160⑈ ⑆121000 248⑆4861  513 299⑈