**IT IS ORDERED as set forth below:**



**Date: May 15, 2019**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JAMES EDWARD CARTER, IV | ) | CASE NO. 18-68479-pmb |
| | ) | |
| Debtor. | ) | |

===================================================================

**ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT FOR PLAN
OF REORGANIZATION, SCHEDULING HEARING ON CONFIRMATION,
AND ESTABLISHING DEADLINE FOR FILING BALLOTS AND
OBJECTIONS TO CONFIRMATION**

On March 4, 2019 Debtor James Edward Carter IV filed his *Plan of Reorganization* [Doc. 35] and *Disclosure Statement* [Doc. 36]. On May 7, 2019 Debtor filed his *First Amended Plan of Reorganization* [Doc. 48] (as amended, the "Plan") and on April 29, 2019 filed his *First Amended Disclosure Statement* [Doc.47] (as amended, the "Disclosure Statement").

Pursuant to the *Amended Notice of Hearing on Disclosure Statement* [Doc. 42] filed on March 28, 2019 a hearing on the approval of the Disclosure Statement was scheduled and held April 29, 2019, upon notice to all creditors and parties in interest. No parties appeared at the hearing in opposition to the Disclosure Statement.

Based upon the pleadings filed and presentations of counsel, the Court finds that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (b) notice and the opportunity for objection and hearing were sufficient and appropriate and no other notice need be given; (c) the Disclosure Statement to be presented to all creditors of the Debtor contains adequate information pursuant to 11 U.S.C. § 1125; and (d) approval of the Disclosure Statement is in the best interests of the Debtor, the Debtor's estate, and the creditors of the Debtor.

THEREFORE, the Court HEREBY ORDERS, and NOTICE IS HEREBY GIVEN, as follows:

1) Pursuant to 11 U.S.C. § 1125, the Disclosure Statement is APPROVED;

2) The Debtor is authorized to make non-substantive conforming changes to the Plan and Disclosure Statement prior to solicitation;

3) **July 5, 2019 at 4:45 p.m. Eastern Time** is fixed as the deadline for filing ballots ("Voting Deadline") indicating written acceptances or rejections of the Plan. All ballots must be filed with the Clerk of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and a copy simultaneously served on counsel for the Debtor, Howard P. Slomka, Esq., Slipakoff and Slomka P.C, 2859 Paces Ferry Road, Suite 1700 Atlanta, Georgia 30339, on or before the Voting Deadline. Any ballots not filed and served in accordance

with this provision may be disregarded and not counted for purposes of approving or rejecting the Plan;

4) **June 15, 2019 at 4:45 p.m. Eastern Time** (the "Objection Deadline") is fixed as the deadline for filing objections to confirmation of the Plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1). All written objections must state the legal and factual basis for the objection and include proposed curative language to resolve the objection and be filed with the Clerk of the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 and served on counsel for the Debtor, Howard P. Slomka, Esq., Slipakoff and Slomka P.C, 2859 Paces Ferry Road, Suite 1700 Atlanta, Georgia 30339, on or before the Objection Deadline. Any objection not timely filed and served may be deemed waived.

5) **July 15, 2019 at 2:00 p.m. Eastern Time is fixed as the time for the hearing on confirmation of the Plan (the "Confirmation Hearing"). The Confirmation Hearing will be held in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

6) The Confirmation Hearing may be adjourned from time to time by announcement in open court without further notice to creditors or parties in interest.

7) Notice of the Confirmation Hearing shall be deemed adequate and sufficient if a copy of this Order is served upon (i) the Office of the United States Trustee; (ii) all known creditors of the Debtor as reflected on the creditors' matrix maintained by the Clerk of the Bankruptcy Court in this case; and (iii) all persons or entities that have filed notices of appearances in this case prior to the date of this Order.

8) No later than May 18, 2019, counsel for the Debtor shall mail to the creditors entitled to vote a copy of the Plan, Disclosure Statement, a Ballot, and any other materials approved for dissemination by the Court and file a certificate of service with this court within three business days thereafter.

[END OF DOCUMENT]

Prepared and presented by:

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017

Distribution List

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Posession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017

```
Label Matrix for local noticing         AT&T Mobility II LLC                    Adjustable Rate Mortgage Trust 2005-5 et al
113E-1                                  %AT&T SERVICES INC.                     U.S. Bank National Assn as Trustee
Case 18-68479-pmb                       KAREN A. CAVAGNARO  PARALEGAL            c/o Specialized Loan Servicing LLC
Northern District of Georgia            ONE AT&T WAY, SUITE 3A104                8742 Lucent Blvd, Suite 300
Atlanta                                 BEDMINSTER, NJ 07921-2693                Highlands Ranch, Colorado 80129-2386
Tue May 14 12:55:27 EDT 2019

American Express National Bank          Amex                                    Bank of America, N.A.
c/o Becket and Lee LLP                  Po Box 297871                           P O Box 982284
PO Box 3001                             Fort Lauderdale, FL 33329-7871          El Paso, TX 79998-2284
Malvern  PA 19355-0701


(p)BANK OF AMERICA                      Jody Charles Campbell                   Capital One
PO BOX 982238                           Blum & Campbell, LLC                    PO Box 71083
EL PASO TX 79998-2238                   Building 100                            Charlotte, NC 28272-1083
                                        3000 Langford Road
                                        Peachtree Corners, GA 30071-4770


James Edward Carter IV                  Chase Mtg                               Country Club of the South HOA
2000 Norland Circle Court               Po Box 24696                            4100 Old Alabama Road
Alpharetta, GA 30022-7129               Columbus, OH 43224-0696                 Alpharetta, GA 30022-8615



D Williams Auto Sales                   James G Davis                           First Data
6070 Buford Hwy                         6410 Old Shadburn Ferry Road            265 Broad Hollow R
Norcross, GA 30071-2407                 Buford, GA 30518-1136                   Melville, NY 11747-4833



Franklin Collection Service             (p)GEORGIA DEPARTMENT OF REVENUE        Internal Revenue Service
PO Box 2300                             COMPLIANCE DIVISION                     P. O. Box 7346
Tupelo, MS 38803-2300                   ARCS BANKRUPTCY                         Philadelphia, PA 19101-7346
                                        1800 CENTURY BLVD NE SUITE 9100
                                        ATLANTA GA 30345-3202


James Davis DDS                         James G. Davis                          Jody Charles Campbell Esq
6410 Old Shadburn Ferry Road            Jody Charles Campbell                   Blum & Campbell
Buford, GA 30518-1136                   3000 Langford Road, Bldg. 100           3000 Langford Rd Bldg 100
                                        Peachtree Corners GA 30071-4770         Peachtree Corners, GA 30071-4770


King, Yanklin & Wilkins, LLP            (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Secretary of the Treasury
192 Anderson Street Suite 125           PO BOX 41067                            15th & Pennsylvania Avenue, NW
Marietta, GA 30060-1930                 NORFOLK VA 23541-1067                   Washington, DC 20200



Shapiro Pendergast & Hasty              Chad Ralston Simon                      Howard P. Slomka
211 Perimeter Center Pkwy, NE           The Chad R. Simon Law Firm, LLC         Slipakoff & Slomka, PC
Suite 300                               P.O. Box 80727                          Overlook III - Suite 1700
Atlanta, GA 30346-1305                  Atlanta, GA 30366-0727                  2859 Paces Ferry Rd, SE
                                                                                Atlanta, GA 30339-6213


R. Jeneane Treace                       U. S. Securities and Exchange Commission United States Attorney
Office of the United States Trustee     Office of Reorganization                Northern District of Georgia
362 Richard Russell Bldg.               Suite 900                               75 Ted Turner Drive SW, Suite 600
75 Ted Turner Drive, SW                 950 East Paces Ferry Road, NE           Atlanta GA 30303-3309
Atlanta, GA 30303-3315                  Atlanta, GA 30326-1382
```

```
United States Trustee                Wells Fargo Home Mortgage         Matthew M. Wilkins
362 Richard Russell Federal Building PO Box 660455                     King, Yaklin & Wilkins, LLP
75 Ted Turner Drive, SW              Dallas, TX 75266-0455             Suite 125
Atlanta, GA 30303-3315                                                 192 Anderson Street
                                                                       Marietta, GA 30060-1930
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                           GEORGIA DEPARTMENT OF REVENUE     (d)Georgia Department of Revenue
Po Box 982238                        COMPLIANCE DIVISION               Bankruptcy Division
El Paso, TX 79998                    BANKRUPTCY SECTION                Post Office Box 161108
                                     1800 CENTURY BLVD. NE, SUITE 9100 Atlanta, GA 30321
                                     ATLANTA, GEORGIA 30345-3205

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          (u)Specialized Loan Servicing, LLC    End of Label Matrix
PO Box 7346                                                                Mailable recipients    32
Philadelphia, PA 19101-7346                                                Bypassed recipients     2
                                                                           Total                  34
```