## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 1 claim against the Debtor in the unpaid amount of:

**$35,358.61.  Georgia Department of Revenue**

(Check one box only)

☒ ACCEPTS THE PLAN                                              ☐ REJECTS THE PLAN

Dated: 7/1/19

Print or type name: Anjanee Burns
Signature:
Title (if corporation or partnership): Manager - Central Collection Section -GADOR
Address: 1800 Century Blvd, Ste 9100  Atlanta, Georgia, 30345

RETURN THIS BALLOT TO:

United States Bankruptcy Court for the Northern District of Georgia
Clerk of Bankruptcy Court
75 Ted Turner Drive, SW
Room 1340
Atlanta, GA 30303                        With email copy to: hs@atl.law