## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor in the unpaid amount of:

### $6,519.89.  Georgia Department of Revenue

(Check one box only)

☑ ACCEPTS THE PLAN                    ☐ REJECTS THE PLAN

Dated: 7/1/19

Print or type name: Anjanee Burns
Signature:
Title (if corporation or partnership): Manager - Central Collection Section - GADOR
Address: 1800 Century Blvd, Ste 9100, Atlanta, Georgia 30345

RETURN THIS BALLOT TO:

United States Bankruptcy Court for the Northern District of Georgia
Clerk of Bankruptcy Court
75 Ted Turner Drive, SW
Room 1340
Atlanta, GA 30303                With email copy to: hs@atl.law