## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of:

### $9,995.62.  Georgia Department of Revenue

(Check one box only)

☑ ACCEPTS THE PLAN                                        ☐ REJECTS THE PLAN

Dated: 7/1/19

Print or type name: Anjanee Burns
Signature:
Title (if corporation or partnership): Manager - Central Collection Section - GADOR
Address: 1800 Century Blvd, Ste 9100, Atlanta, Georgia 30345

**RETURN THIS BALLOT TO:**

**United States Bankruptcy Court for the Northern District of Georgia**
**Clerk of Bankruptcy Court**
**75 Ted Turner Drive, SW**
**Room 1340**
**Atlanta, GA 30303**                With email copy to: hs@atl.law