## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of:

$102,206.56. ~~Davis Portfolio~~ James Davis

(Check one box only)

☑ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: 7/5/19

Print or type name: Jody Charles Campbell
Signature: /s/
Title (if corporation or partnership): Attorney for James D. Davis
Address: 3000 Langford Rd., Bldg. 100
Peachtree Corners, GA 30071

GA Bar No. 308466

RETURN THIS BALLOT TO:

**United States Bankruptcy Court for the Northern District of Georgia**
**Clerk of Bankruptcy Court**
**75 Ted Turner Drive, SW**
**Room 1340**
**Atlanta, GA 30303**                With email copy to: hs@atl.law