## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of:

### $14,870.49.  King Yaklin

(Check one box only)

☑ ACCEPTS THE PLAN                                                                 ☐ REJECTS THE PLAN

Dated: 7-5-19

Print or type name: Matthew Wilkas
Signature:
Title (if corporation or partnership): Partner
Address: 192 Anderson St, Suite 125
Marietta GA 30060

RETURN THIS BALLOT TO:

**United States Bankruptcy Court for the Northern District of Georgia
Clerk of Bankruptcy Court
75 Ted Turner Drive, SW
Room 1340
Atlanta, GA 30303**                    With email copy to: hs@atl.law