# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JAMES EDWARD CARTER, IV | ) | CASE NO. 18-68479-PMB |
| | ) | |
| DEBTOR | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Comes now Shawna Staton and gives notice of her appearance on behalf of Nancy J. Gargula, United States Trustee for Region 21.

Date: May 19, 2020.

        NANCY J. GARGULA
        UNITED STATES TRUSTEE, REGION 21

        */s/ Shawna Staton*
        Shawna Staton
        Georgia Bar No. 640220
        United States Department of Justice
        *Office of the United States Trustee*
        Suite 362, Richard B. Russell Building
        75 Ted Turner Drive, S.W.
        Atlanta, Georgia 30303
        Phone: 404-331-4437, Ext. 152
        Email: *Shawna.P.Staton@usdoj.gov*